LEVY & BERLIN, INC., Respondent, v. STELLBEA THEATRE CORPORATION, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

SOPHIE D. COHEN, Appellant, v. WILHELMINA S. TEFFT, Individually and as Executrix of ERASTUS T. TEFFT, Deceased, et al., Defendants, and ETHEL S. TEFFT, Defendant-Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

DORIS FARID-ES-SULTANEH, Appellant, v. HARRY WINSTON, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

NIKIFOR HRYHORIJIV (GRIGORIEFF) et al., Respondents, v. WALTER WINCHELL et al., Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and dismiss the complaint. [180 Misc. 574.] [See *post*, p. 868.]

DAVID GRANT, Respondent, v. F. B. ESTATES, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

EMILIO NAPOLITANO, as Substituted Committee of ANGELINA SANTORO, an Incompetent Person, Respondent, v. MANHATTAN SAVINGS BANK, Appellant, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

LEE B. COTTRELL, Respondent, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [181 Misc. 645.] [See *post*, p. 868.]

JACK SCHWARTZ, Plaintiff, v. JAMES CARNEVAL, Appellant, and MANHATTAN SAVINGS BANK, Defendant-Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY HOROWITZ, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

EMPIRE SQUARE REALTY COMPANY, Appellant, v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [181 Misc. 752.] [See *post*, p. 901.]

812 PARK AVE. CORPORATION, Appellant, v. REGINA P. PESCARA (formerly REGINA M. M. RUBICAM), Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

COMMISSIONERS OF THE STATE INSURANCE FUND, Respondents, v. UNITED STATES TRUST COMPANY OF NEW YORK, Respondent, and JOHN J. HART, Defendant-Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [See *post*, p. 902.]